**The below described is SIGNED.**

(msc)

**Dated: April 27, 2011**  _____
 **JOEL T. MARKER**
 **U.S. Bankruptcy Judge**

_____

BRYAN W. CANNON  #0561
CANNON LAW ASSOCIATES
Attorney for Creditor
8619 S. Sandy Parkway, Ste. 111
Sandy, Utah 84070
Telephone:  (801) 255-7475
Facsimile:  (801) 255-7526
File Reference No. 90020796

## IN THE UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION, DISTRICT OF UTAH

| IN RE:<br><br>EDGAR ROJAS<br>VERONICA ROJAS<br><br>Debtor(s). | Bankruptcy No. 10-20994<br><br>Chapter 7<br>**FILED ELECTRONICALLY**<br><br>Judge Joel T. Marker |
|---|---|

### ORDER FOR RELIEF FROM STAY

 This matter came on regularly before the above-entitled court pursuant to the Motion for Relief filed by Creditor, *Citicorp Trust Bank, fsb.*  Based upon said Motion for Relief, the debtor having failed to respond and object to the Motion and the Court being otherwise fully advised in the premises it is hereby

 ORDERED that Creditor, *Citicorp Trust Bank, fsb,* shall have relief from the automatic stay of acts and proceedings as it effects that real property more particularly described as follows:

**Filed: 04/27/11**

    LOT 14, CASA LA MESA 1, ACCORDING TO THE
    PLAT OF RECORD IN THE OFFICEE OF THE COUNTY
    RECORDER OF MARICOPA COUNTY, ARIZONA,
    RECORDED IN BOOK 112 OF MAPS, PAGE 9.

DATED this _____ day of April, 2011.

                                          BY THE COURT:

                                          _____

                                          JUDGE Joel T. Marker

ORDER SIGNED

**CERTIFICATE OF MAILING**

I do hereby declare that I caused to be mailed a true and correct copy of the foregoing **ORDER**, postage prepaid, this _____ day of April, 2011 to the following:

Edgar Rojas
Veronica Rojas
3636 West 1050 North
Layton, UT 84041

Steven R. Bailey
ECF

United States Trustee
ECF

Craig Helgesen
by Helgesen Waterfall and Jones
ECF

Bryan W. Cannon, P.C.
8619 South Sandy Parkway
Building A, Suite 111
Sandy, Utah 84070

_____
CLERK OF THE COURT

End of Document